UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIS J. LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>E. KNOX, et al.,<br><br>    Defendants. | Case No.18-cv-03689-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND REQUEST FOR COPIES OF COURT ORDERS**<br><br>Re: Dkt. No. 20 |

On June 20, 2018, plaintiff, an inmate at California State Prison–Sacramento, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against officials and staff at Salinas Valley State Prison ("SVSP"), where he was previously incarcerated. On December 7, 2018, the Court directed the Clerk to prepare the summonses for service of the complaint upon SVSP correctional officers: E. Knox, Curry, III, F. Medina, J. Streeper, H. Gasca, and I. McGuckin. On January 17, 2019, after the summons for defendant Curry was returned unexecuted, the Court direct plaintiff to effectuate service on defendant Curry or submit to the Court sufficient information to identify and locate defendant Curry so that the Marshal could effectuate service.

On January 22, 2019, plaintiff filed a motion alerting the Court that he had been separated from his legal papers. He requests a copy of the Court's screening orders as well as a copy of the Court's January 17, 2019 order. Good cause appearing, the request is GRANTED. The Clerk shall send plaintiff a copy of the docket in this action as well as the orders at docket numbers 7, 10, and 15.

Good cause appearing, plaintiff's motion for an extension of time to respond to the Court's January 17, 2019 order is GRANTED. Within **sixty (60)** days of this order, plaintiff must

effectuate service on defendant Curry, or submit to the Court sufficient information to identify and locate defendant Curry such that the Marshal is able to effectuate service.

This order terminates Dkt. No. 20.

**IT IS SO ORDERED.**

Dated: 1/29/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge