UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIS J. LEE,<br><br>    Plaintiff,<br><br>v.<br><br>E. KNOX, et al.,<br><br>    Defendants. | Case No. 18-cv-03689-HSG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' REQUEST FOR A SECOND EXTENSION OF TIME TO FILE DISPOSITIVE MOTION; VACATING BRIEFING SCHEDULE**<br><br>Dkt. No. 30 |

On June 20, 2018, Plaintiff, an inmate at California State Prison–Sacramento, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against officials and staff at Salinas Valley State Prison ("SVSP"), where he was previously incarcerated. Dkt. No. 1. On October 30, 2018, the Court reviewed the complaint and found that, liberally construed, it stated a cognizable Eighth Amendment claim against SVSP defendants E. Knox, Curry III, F. Medina, J. Streeper, H. Gasca, and I. McGuckin. Dkt. No. 7. On April 16, 2019, the Court dismissed the unserved defendant Curry, and reset the briefing schedule. Dkt. No. 24. On October 11, 2019, defendants informed the Court that on March 2, 2018, plaintiff was found mentally incompetent to stand trial in a criminal case pending in San Diego County Superior Court. Dkt. No. 29. Accordingly, the Court VACATES the current briefing schedule. The Court GRANTS IN PART AND DENIES IN PART Defendants' motion for an extension of time to file a dispositive motion. Dkt. No. 30. The Court will not set a new deadline for dispositive motions at this time.

//

//

//

This order terminates Dkt. No. 30.

**IT IS SO ORDERED.**

Dated: 11/5/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge