United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PERRIS J. LEE,

    Plaintiff,

v.

E. KNOX, et al.,

    Defendants.

Case No. 18-cv-03689-HSG

**ORDER GRANTING NUNC PRO TUNC EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

Re: Dkt. No. 35

Good cause being shown, defendants' request for an extension of time to file their dispositive motion is granted. Dkt. No. 35. By June 24, 2020, defendants shall file a motion for summary judgment or other dispositive motion. Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the Court and served upon defendants no later than twenty-eight (28) days from the date the motion is filed. Defendants shall file a reply brief no later than fourteen (14) days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 35.

**IT IS SO ORDERED.**

Dated: 6/4/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge