UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIS J. LEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E. KNOX, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-03689-HSG<br><br>**ORDER GRANTING PARTIES' JOINT REQUEST FOR ORDER STAYING LITIGATION, VACATING CURRENT PRE-TRIAL DEADLINES, AND REFERRING PARITES TO SETTLEMENT; STAYING CASE**<br><br>Re: Dkt. No. 51 |

Good cause being shown, the parties' joint request for an order staying litigation, vacating the current pre-trial deadlines, and for a referral to settlement is GRANTED. Dkt. No. 51. This case is hereby REFERRED to Magistrate Judge Robert Illman for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program. Such proceedings shall take place within 120 days of the date this order is filed, or as soon thereafter as Magistrate Judge Illman's calendar will permit. Magistrate Judge Illman shall coordinate a place, time and date for one or more settlement conferences with all interested parties and/or their representatives and, within fifteen days of the conclusion of all settlement proceedings, shall file with the Court a report thereon. The Clerk is directed to serve Magistrate Judge Illman with a copy of this order and to notify Magistrate Judge Illman that a copy of the Court file can be retrieved from the Court's electronic filing database. In light of this referral, this case is STAYED and the dispositive motion deadline is VACATED. If the case does not resolve at the settlement conference, the parties are ordered to submit proposed new pre-trial deadlines, including a dispositive motion deadline, within thirty days of the settlement conference.

//

This order terminates Dkt. No. 51.

**IT IS SO ORDERED.**

Dated: 6/4/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge