UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIS J. LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>E. KNOX, et al.,<br><br>    Defendants. | Case No. 18-cv-03689-HSG<br><br>**ORDER LIFTING STAY** |

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  On June 4, 2021, the Court granted the parties' joint request for referral to the Pro Se Prisoner Mediation Program, stayed this case, and referred this action to Magistrate Judge Illman,  Dkt. No. 52.  After Judge Illman reported that settlement talks had been unsuccessful, the Court set a briefing schedule.  Dkt. No. 55.  In light of the above, the Court LIFTS the stay.

**IT IS SO ORDERED.**

Dated:  11/10/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge