UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIS J. LEE,<br><br>        Plaintiff,<br><br>    v.<br><br>E. KNOX, et al.,<br><br>        Defendants. | Case No. 18-cv-03689-HSG<br><br>**ORDER DENYING REQUEST FOR EXTENSION OF TIME AS MOOT**<br><br>Re: Dkt. No. 72 |

Plaintiff filed this *pro se* civil rights action under 42 U.S.C. § 1983. Dkt. No. 1. On March 30, 2022, the Court dismissed this action without prejudice for failure to prosecute and failure to respond to the Court's order, pursuant to Fed. R. Civ. P. 41(b); and entered judgment in favor of Defendants. Dkt. Nos. 65, 66. Now pending before the Court is Plaintiff's request for an extension of time so that he may file a motion for reconsideration and possibly seek counsel. Dkt. No. 72. Plaintiff's request is DENIED as moot. There are no deadlines pending.

This order terminates Dkt. No. 72.

**IT IS SO ORDERED.**

Dated: 7/18/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge